# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1125

JUAN CARLOS MONTOYA, on behalf of himself and all others similarly situated; MAURICE SMITH; JEAN PAUL BRICAULT, JR.,

Plaintiffs, Appellees,

v.

CRST EXPEDITED, INC.; CRST INTERNATIONAL, INC.,

Defendants, Appellants.

No. 21-1482

JUAN CARLOS MONTOYA, on behalf of himself and all others similarly situated; MAURICE SMITH, on behalf of himself and all others similarly situated; JEAN PAUL BRICAULT, JR., on behalf of himself and all others similarly situated; JOSE TORRES ROSADO, on behalf of himself and all others similarly situated; AUSTIN CODDINGTON, on behalf of himself and all others similarly situated; KEVIN HAMILTON, on behalf of himself and all others similarly situated; LARRY WIMBISH, on behalf of himself and all others similarly situated; RINEL TERTILUS, on behalf of himself and all others similarly situated,

Plaintiffs, Appellees,

v.

CRST EXPEDITED, INC.; CRST INTERNATIONAL, INC.,

Defendants, Appellants.

———————————

**JUDGMENT**

Entered: December 12, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hillary A. Schwab, Andrew Arthur Schmidt, Rachel J. Smit, Peter Mancuso, Randall B. Weill, Gregory P. Hansel, Jonathan George Mermin, Wesley S. Chused, Elizabeth A. Olivier, Daniel R. Sonneborn, James Harold Hanson, Elizabeth Ashley Paynter, James Anthony Eckhart, Richard Pianka, Michaela C. May, Nicole Hera Horberg Decter, Heather Maria Johnson, Lisa Arrowood, Marc M. Seltzer, Jasper Jacob Groner